# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

David Sadek                      :

        Plaintiff,            :    Civil# 10-2187 (KSH)

                            :

        v.                    :    Order for Dismissal

                           : Pursuant to F.R. Civ. P.4(m)

Abba Horovitz, et al.            :

        Defendant,            :

It appearing that the above captioned action has been pending for more than 120 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed,

It is on this 10th day of August 2011,

O R D E R E D  that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

/s/ Katharine S. Hayden

_____

      KATHARINE S. HAYDEN
    United States District Judge