SBP:18757/SMP

**PIEKARSKY & ASSOCIATES, LLC**
191 Godwin Avenue, Suite 9
Wyckoff, New Jersey 07481
Tel: 201-560-5000
Fax: 201-560-1440
Attorneys for Plaintiff: David Sadek

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID SADEK, | |
| Plaintiff, | Civ. Action No. 10-cv-2187 (KSH/PS) |
| v. | |
| ABBA HOROVITZ, AK MANAGEMENT LTD., and OLD SCHOOL PARTNERS, | |
| Defendants. | |

### NOTICE OF MOTION FOR RELIEF FROM ORDER

**TO:**   Abba Horovitz
4 Halivonah Street
Hashmoniam, 73127
Israel

**PLEASE TAKE NOTICE** that on February 21, 2012, or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiff, David Sadek, shall move before the Court at the United States District Courthouse, Federal Building and U.S. Courthouse, Newark, New Jersey, for the following relief:

1. An order granting relief from the Order for Dismissal Pursuant to F.R. Civ. P. 4(m) filed August 10, 2011 as it pertains to Defendant Abba Horovitz.

**PLEASE TAKE FURTHER NOTICE** that in support of the within application, Plaintiff shall rely upon the legal memorandum and certification of counsel.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorney respectfully waives oral argument unless opposition is received or oral argument is requested by counsel for the defendant or Court.

Dated: January 19, 2012                                        */s/ Justin J. Walker*____
                                                                                Justin J. Walker, Esq.