UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID SADEK, <br><br> Plaintiff, <br><br> v. <br><br> ABBA HOROVITZ, <br> AK MANAGEMENT LTD., and <br> OLD SCHOOL PARTNERS, <br><br> Defendants. | Civ. Action No. 10-cv-2187 <br> (KSH/PS) <br><br><br> **ORDER** |

This matter having come before the Court upon Notice of Motion for Relief from a previous Order of the Court entered on August 10, 2011 [D.E. 14] dismissing the Plaintiff's complaint without prejudice, by Piekarsky & Associates, LLC, (Justin J. Walker, Esq., appearing), upon notice to the defendant, Abba Horovitz; and good cause appearing;

It is on this 23rd day of January, 2012,

**ORDERED** that this action is hereby re-opened only as to Defendant Abba Horovitz; and it is further

**ORDERED** that plaintiff shall file with the Court and serve on Defendant Abba Horovitz, within seven (7) days of the entry of this order, a motion for default judgment.

**ORDERED** that plaintiff shall serve a true copy of this Order upon Defendant Abba Horovitz within seven (7) days of the entry of this Order; and it is further

_____
Katharine S. Hayden, U.S.D.J.