UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DAVID SADEK,

        Plaintiff,

v.

ABBA HOROVITZ,

        Defendant.

Civ. No. 10-2187 (KSH) (PS)

**ORDER**

For the reasons expressed in the opinion filed herewith,

**IT IS** on this 28th day of March 2013, hereby

**ORDERED** that Horovitz's motion to dismiss [D.E. 38] is **granted**; and it is further

**ORDERED** that the Clerk of the Court is directed to **close** this case.

        /s/ Katharine S. Hayden
        Katharine S. Hayden, U.S.D.J.